IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK B. THOMAS, (TDCJ-CID #649727) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-15-2491 |
| LADONNA SUTTON, Defendant. | § § § § | |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against a Texas prison official who resides in Jefferson County, Texas. Plaintiff sues this official for violations of civil rights which occurred at the Stiles Unit, where he is confined and which is located in Jefferson County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Beaumont Division. 28 U.S.C. §§ 1391, 1404(a).

Plaintiff's motion for temporary restraining order and preliminary injunction, (Docket Entry No. 4), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas, on Oct. 9, 2015.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE